UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL MCINERNEY,<br><br>Plaintiff,<br>v.<br>EIGHTH JUDICIAL DISTRICT COURT, *et al.*,<br>Defendants. | Case No. 2:16-cv-00698-MMD-GWF<br><br>ORDER |

Plaintiff requests that the Magistrate Judge not be assigned to this case because he has not consented. (ECF No. 24.) However, this case is referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge may hear and determine all pretrial matters, and issue reports and recommendations on other final matters for the Court to consider. 28 U.S.C. § 636(b)(1)(A) and (B). Plaintiff's consent is not required for this case to be referred to the Magistrate Judge. In any event, the Court will address the pending motion to dismiss. Accordingly, Plaintiff's request to remove the Magistrate Judge (ECF No. 24) is denied.

DATED THIS 8th day of August 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE