TIMOTHY W. ROEHRS ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: troehrs@littler.com

Attorneys for Defendant
HIRERIGHT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCINERNEY, | Case No. 2:16-cv-00698-MMD-GWF |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| EIGHTH JUDICIAL DISTRICT COURT, ET AL., | |
| Defendant. | |

Defendant HIRERIGHT, LLC ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that Timothy W. Roehrs, Esq. be substituted for Kathryn B. Blakey, Esq. currently listed as a Littler Mendelson attorney representing Defendant. Kathryn B. Blakey is transferring to Littler Mendelson's Dallas location and is no longer participating in this litigation. Mr. Roehrs current mailing address and email address are:

> Timothy W. Roehrs, Esq.
> Littler Mendelson
> 3960 Howard Hughes Parkway
> Suite 300
> Las Vegas, NV 89169
> Telephone: 702.862.8800
> troehrs@littler.com

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Defendant continues to be represented in this action by the law firm of Littler Mendelson. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendant respectfully requests that Timothy W. Roehrs, Esq. be substituted as counsel, and that Kathryn B. Blakey, Esq. be allowed to withdraw as counsel in this matter.

Dated: November 9, 2017

Respectfully submitted,

/s/ Kathryn B. Blakey, Esq.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Dated: November 9, 2017

Respectfully submitted,

/s/ Timothy W. Roehrs, Esq.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
HIRERIGHT, LLC

**IT IS SO ORDERED.**

Dated this 13th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.